◼ In the Matter of JAMES HOUSTON, Petitioner, v VILLAGE OF HAVERSTRAW et al., Respondents. [691 NYS2d 337] —Proceeding pursuant to CPLR article 78 to review a determination of the Board of Trustees of the Village of Haverstraw, dated April 21, 1997, which, after a hearing, found that the petitioner was guilty of assault and insubordination, and dismissed him from his position as a Police Officer in the Village of Haverstraw.

Adjudged that the determination is confirmed, and the proceeding is dismissed on the merits, with costs.

The determination under review is supported by substantial evidence (*see, Matter of Lahey v Kelly,* 71 NY2d 135). Furthermore, the penalty of dismissal was not so disproportionate to the offense committed as to be shocking to one's sense of fairness (*see, Matter of Pell v Board of Educ.,* 34 NY2d 222; *Matter of Dabulis v New York City Tr. Auth.,* 222 AD2d 433; *Matter of Hickey v Bratton,* 180 AD2d 682; *see also, Matter of Brooks v Suardy,* 222 AD2d 502; *Matter of Ruggio v Hammill,* 207 AD2d 991). Santucci, J. P., Joy, Feuerstein and Schmidt, JJ., concur.